UNITED STATES DISTRICT COURT **04    10212 RWZ**
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LYCOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| COMPUTER SALES | ) | |
| INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendant. | ) | MAGISTRATE JUDGE _____ |
| | ) | |

RECEIPT # _53462_
AMOUNT $ _150_
SUMMONS ISSUED _N/A_
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _T.O.M_
DATE _1-29-04_

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS:

PLEASE TAKE NOTICE THAT defendant Computer Sales International, Inc. ("CSI")
hereby serves this Notice of Removal of the above-entitled Civil Action No. 03-5057, currently
pending against CSI in the Middlesex County Superior Court of the Commonwealth of
Massachusetts (hereinafter "the action"), to the United States District Court for the District of
Massachusetts pursuant to 28 U.S.C. §§ 1332 and 1446.   In support of this removal, CSI states
as follows:

1.     A certified copy of the complaint in the action (the "Complaint"), as it has been
filed in the state court, is attached hereto as Exh. 1.

2.     The plaintiff in the action, Lycos, Inc. ("Lycos"), is now, and was at the time the
Complaint was filed, a corporation organized and existing under the laws of Virginia with its
principal place of business at 100 Fifth Avenue, Waltham, Massachusetts. *See* Complaint at ¶ 2.

business at 0000 Old Olive Street Road

3.    The defendant in the action, CSI, is now, and was at the time the Complaint was filed, a corporation organized and existing under the laws of Delaware with its principal place of business at 9990 Old Olive Street Road, St. Louis, Missouri, as evidenced by the excerpt from CSI's most recent Massachusetts Foreign Corporation Annual Report, dated August 27, 2003, attached hereto at Exh. 2.

4.    The amount in controversy in the action, as alleged in paragraphs 1 and 17 of the Complaint, is "not less than $15,000,000."

5.    By reason of the foregoing, the United States District Court for the District of Massachusetts has original subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332, in that the matter is a dispute between citizens of different states and involves an amount in controversy in excess of $75,000.

6.    The Complaint is mistaken where it describes CSI, at ¶ 3, as "an Oklahoma corporation," but even if that allegation were correct, this Court would still have original subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332, because it is undisputed that, as evidenced by the excerpt from CSI's most recent Massachusetts Foreign Corporation Annual Report attached at Exh. 2, the location of CSI's "principal office" is "9990 Old Olive St. Road, Suite 101, St. Louis, MO 63141." The Complaint further alleges, at ¶ 3, that CSI has "a place of business" at 197 First Street, Needham, MA, but as evidenced by CSI's aforesaid Annual Report, that is not CSI's principal place of business, nor is it alleged to be in the Complaint.

7.    Lycos commenced the action in the Middlesex County Superior Court of the Commonwealth of Massachusetts on December 12, 2003. CSI was not notified that the action had been filed, however, until January 9, 2004, at which time it obtained a copy of the complaint, directly from the Middlesex Superior Court, for the first time.

8.    This notice of removal is therefore timely in that it is being filed "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." *See* 28 U.S.C. § 1446 ("Procedure for Removal").

9.    True copies of all pleadings, process, orders and other papers filed in the action in the state court are attached hereto and filed herewith as Exhibit 1.

10.    CSI shall give Lycos prompt written notice of the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d), by promptly delivering a copy thereof to its counsel of record in the action.    CSI shall also promptly file an additional copy of this Notice of Removal with the Clerk of the Middlesex County Superior Court for the Commonwealth of Massachusetts, as required by 28 U.S.C. §1446(d).

WHEREFORE, defendant CSI respectfully requests that the above-entitled action, now pending in the Middlesex County Superior Court of the Commonwealth of Massachusetts as Civil Action No. 03-1532, proceed in this United States District Court for the District of Massachusetts as an action properly removed to it.

Respectfully submitted,

COMPUTER SALES INTERNATIONAL, INC.

By their attorneys,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above
document was served on the attorney of record
for each other party (and upon each party
appearing pro se) by mail/hand/ ~~~~ on this
29 th day of ~~JAN.~~ 2004
BY

_____
Robert J. Kaler, BBO No. 542040
Eric Neyman, BBO No. 564803
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  0211
Tel. (617) 345-7000

Dated:  January 29, 2004