UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **LYCOS, INC.,** | ) | **C.A. No. 04-10212-RWZ** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| **COMPUTER SALES** | ) | |
| **INTERNATIONAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Lycos, Inc. ("Lycos") voluntarily dismisses the above action, <u>without</u> prejudice. Lycos states that the instant pleading has been filed before the defendant, Computer Sales International, Inc., has filed either an answer to Lycos' complaint, or a motion for summary judgment.

LYCOS, INC.

By its attorneys,

/s/Erik P. Bartenhagen
Thomas O. Bean (BBO# 548072)
Erik P. Bartenhagen (BBO# 640003)
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2000

**Of Counsel:**

**Alan Goudiss**
**Shearman & Sterling**
**599 Lexington Avenue**
**New York, New York 10022-6069**
**(212) 848-4000**

**Dated: April 5, 2004**